**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**TERRI BOONE ET AL**                         **CASE NO.  2:22-CV-04640**

**VERSUS**                                              **JUDGE JAMES D. CAIN, JR.**

**PROGRESSIVE INSURANCE CO**          **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

Before the Court is a "Rule 60 Motion" (Doc. 11) filed by Plaintiff, Vickee Renee Boone, personally.  In her Motion, Plaintiff requests that this Court reopen her suit because she was not aware that it had been dismissed and she asserts that the Clerk of Court does not have the authority to dismiss the suit.

Plaintiff is represented by counsel, Harry E. Cantrell, Jr. On April 26, 2024, this case was dismissed by the Clerk of Court after having issued a Notice of Intent to dismiss for failure to take default and counsel's failure to respond.[1] It appears that counsel failed to properly name and serve Defendant.[2] In fact, Defendant Progressive Property Insurance Company is a citizen of Louisiana, and service on the Secretary of State as to Progressive Insurance Company is improper.[3] As noted in a previous suit filed by Plaintiff, Vicki Boone, the Court advised that effective April 2022,  Defendant moved its principal place of business to Metairie, Louisiana.[4] As such, as in Plaintiff's previous lawsuit, there is no

---

[1] See Docs. 9 and 10.
[2] The proper name would be Progressive Property Insurance Company, not Progressive Insurance Company
[3] See *Vickie Inez Boone v Progressive Home Insurance Company*, Civil Action No. 2:22-CV-4953 filed in this Court, Doc. 20,  Memorandum Order.
[4] See Civil Action No. 2:22-CV-4953, Doc. 19, att. 3.

diversity of jurisdiction in this matter because both Plaintiffs and Defendant are citizens of Louisiana.

It appears that Plaintiff Vickie Boone, filed a legal malpractice lawsuit against her counsel Harry E. Cantrell, Jr. in state court (Fourteenth Judicial District Court), concerning the dismissal of Civil Action 2:22-4953, that involved property owned by Vickie Boone and located at 1720 Geifers St., Lake Charles, Louisiana. See *Vicki R. Boone v. Harry E. Cantrell, Jr.*-C-2024-2359. Furthermore, this Court takes judicial notice that a settlement was reached between the parties on November 25, 2024, concerning the lawsuit filed in this Court that was dismissed in Civil Action 2:22-4953 that involved property owned by Vickie Boone and located at 1720 Geifers St. Lake Charles, Louisiana—the same property at issue in the instant lawsuit.

The Court finds no legal basis for reopening the instant lawsuit. Because all Plaintiffs, Terri Boone, Vickie Boone, Gregory Bass, Lorette Bass, and Dwayen Colston are alleged to be citizens of Louisiana[5] and Defendant, Progressive, is also a citizen of Louisiana, this Court lacks jurisdiction. Accordingly,

**IT IS ORDERED** that the Rule 60 Motion is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 8th day of January, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[5] See Complaint, ¶ I(1).